## JAMISON v. FRUITS.

[No. 11,926.    Filed December 2, 1924.]

From Starke Circuit Court; *William C. Pentecost*, Judge.

Action between William R. Jamison and Bert Fruits.    From the judgment rendered, the former appeals.    *Affirmed.*

*William J. Reed*, for appellant.
*Harry C. Miller* and *F. M. Trissal*, for appellee.

PER CURIAM.—Affirmed.

---

## MARION MALLEABLE IRON WORKS v. MEREDITH.

[No. 12,051.    Filed December 3, 1924.]

From Industrial Board of Indiana

Proceedings under the Workmen's Compensation Act by Charles Meredith against the Marion Malleable Iron Works, employer.    From an award for claimant, the defendant appeals. *Reversed.*

*Joseph W. Hutchinson*, for appellant.

NICHOLS, J.—Reversed on authority of *Marion Malleable Iron Works* v. *Baldwin* (1924), *ante* 206, 145 N. E. 559.

---

## GROENENDYKE v. GROENENDYKE.

[No. 11,948.    Filed December 4, 1924.]

From Pulaski Circuit Court; *W. C. Pentecost*, Judge.

Action between William H. Groenendyke and Clara Groenendyke.    From the judgment rendered, the former appeals.    *Affirmed.*

*Harry C. Miller*, for appellant.
*James C. Fletcher* and *William J. Reed*, for appellee.

PER CURIAM.—Judgment affirmed.